

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00591-CV

Alton **CRAIN** Jr.,
Appellant

v.

Mike **MURACH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03445
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: October 2, 2024

APPEAL DISMISSED FOR LACK OF JURISDICTION

Appellant seeks an interlocutory appeal from an order denying his motion for default judgment. The denial of a motion for default judgment is not subject to an interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(1)–(17); *S. Pioneer Prop. & Cas. Ins. Co. v. Wilson*, No. 01-17-00444-CV, 2018 WL 3384558, at *3 (Tex. App.—Houston [1st Dist.] July 12, 2018, no pet.) (mem. op.) ("The denial of a motion for default judgment . . . is appealable after a final judgment or order[.]"). Further, the order denying appellant's motion does not dispose of all claims

in dispute between the parties, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

For the above reasons, it appeared we did not have jurisdiction to entertain this appeal. Therefore, on September 17, 2024, we ordered appellant to show cause in writing, no later than September 27, 2024, why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines were suspended until further order of this court. On September 18, 2024, appellant responded to our order by providing arguments related to his underlying case; however, appellant did not provide citation to authority purporting to establish: (1) this court's jurisdiction over an interlocutory appeal from an order denying a motion for default judgment; or (2) that the order denying his motion for default judgment was final and appealable. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM